IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez

_____

Courtroom Deputy:  Deborah Hansen         Date:  July 29, 2015
Court Reporter:    Gwen Daniel            Probation: MariJo Paul and Kyla Hamilton
                                          Time: thirty-one minutes

_____

Criminal Action No.   14-cr-00298-WJM     <u>Counsel:</u>

UNITED STATES OF AMERICA,                 Barbara Skalla

    Plaintiff,

v.

BERNARDO GARCIA-SANDOVAL,                 Daniel Shaffer

    Defendant.

_____

### COURTROOM MINUTES
_____

HEARING - SENTENCING

02:00 p.m.    Court in Session

Appearances

Defendant is present and on bond.

Oath administered to the defendant.

Sentencing Statement by Ms. Skalla

Sentencing Statement by Mr. Shaffer

Court's comments

Argument/Discussion

1

**ORDERED:** **There being no objection to the Government's Motion Regarding U.S.S.G. Section 3E1.1(b) [32], the motion is GRANTED.**

The Court addresses the Government's Motion For Downward Departure Pursuant to U.S.S.G. § 5K1.1 and 18 U.S.C. § 3553(e) [34].

Argument/Discussion

**ORDERED:** **The Government's Motion For Downward Departure Pursuant to U.S.S.G. § 5K1.1 and 18 U.S.C. § 3553(e) [34] is GRANTED.**

Defendant waives his right to Allocution.

Defendant plead guilty to Count One of the Indictment on May 1, 2015.

**ORDERED:** **Pursuant to the Sentencing Reform Act of 1984, it is the judgment of this Court that the defendant, Bernardo Garcia-Sandoval, is hereby committed to the custody of the Bureau of Prisons to be imprisoned for a term of 52 months.**

**The Court recommends that the Bureau of Prisons place the defendant at a facility appropriate to his security designation located within the District of Colorado.**

**ORDERED:** **Upon release from imprisonment defendant is placed on supervised release for a term of five years.**

**Within 72 hours of release from the custody of the Bureau of Prisons the defendant must report in person to the probation office in the district to which defendant is released.**

**While on supervised release the defendant shall not commit another federal, state or local crime, shall not possess a firearm as defined in 18 U.S.C. § 921, and defendant shall comply with the standard conditions adopted by this Court.**

**The defendant shall not unlawfully possess and he shall refrain from unlawfully using a controlled substance. The defendant shall submit to one drug test within 15 days of release on supervised release and two periodic tests thereafter.**

**The defendant shall cooperate in the collection of DNA as directed by the probation officer.**

**ORDERED:**   **Special Conditions of Supervised Release:**

**The defendant shall participate in and successfully complete a program of testing and/or treatment for substance abuse, as approved by the probation officer, until such time as the defendant is released from the program by the probation officer. The defendant shall abstain from the use of alcohol or other intoxicants during the course of treatment and shall pay the cost of treatment as directed by the probation officer.**

**ORDERED:**   **The Special Assessment fee of $100.00 is imposed, due and payable immediately.**

**ORDERED:**   **Defendant has no ability to pay a fine, and the fine is waived.**

**ORDERED:**   **Pursuant to Rule 32.2 of the Fed. Rules of Crim. P. and the defendant's admission to the forfeiture allegation in the Indictment, the defendant shall forfeit to the United States any and all property, real or personal, derived from proceeds from the instant offense and as stipulated to in the Plea Agreement.**

The Court addresses immediate remand pursuant to 18 U.S.C. § 3143.

Argument/Discussion

The defendant is advised of his right to appeal his conviction, as well as the sentence imposed, except in very limited circumstances**.**

**ORDERED:**   **Defendant is REMANDED to the custody of the U.S. Marshal.**

02:31 p.m.   Court in Recess
             Hearing concluded